UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. EDCR 19-00071-FMO-1 | Date JUNE 18, 2019 |

Present: The Honorable  ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

Interpreter  N/A

| I. Bernal | N/A | Veronica Dragalin (N/A) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Chijioke Chukwuma Isamade | N/A | X | | Angela Rena Swan | N/A | | X |

**Proceedings:**   (IN CHAMBERS) RE DEFENDANT'S APPLICATION FOR REVIEW OF ORDER OF DETENTION

Defendant's Application for Review of Order of Detention (ECF #53) has been referred to Magistrate Judge Alexander F. MacKinnon.

The defendant is ordered to file a supplemental brief in support of his application no later than Thursday, June 20, 2019 and provide a courtesy chambers copy to Judge MacKinnon. The government shall file a brief in response no later than Monday, June 24, 2019 and provide a courtesy chambers copy to Judge MacKinnon. A hearing on the defendant's application is hereby scheduled for Tuesday, June 25, 2019 at 11:00AM in courtroom #780 of the Roybal Federal Building.

cc: Judge Olguin
    counsel of record
    PSA

                                                                                          :
                                                        Initials of Deputy Clerk   IB

cc: